2-4-2015

Fourth Court of Appeals
300 Dolorosa St, Ste 3200
San Antonio, TC 78205

RE: Court of Appeals No. 04-14-00674-CV
     Trial Court Case No. CV-14-0000180

John M Donohue

     v

Daniel R. Butts, et al

Dear Clerk,

          Would you let me know if APPELLANT'S FIRST AMENDED
BRIEF HAS BEEN FILED? I have not recieved confirmation.

THANK You,

John M Donohue, pro se
JOHN M DONOHUE
          1885073
DUNCAN UNIT 1885073
1502 South 1st St
Diboll, TC 75941

FILED
2015 FEB -9 PM 12:34
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

KEITH E. HOTTLE, CLERK
Keith E. Hottle

Duncan Unit
1502 South 1st
Diboll, TX 75941

7820530379G

4TH Court of Appeals
300 Dwolosa, #3200
San Antonio, TX 78205

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 FEB -9 PM 12: 33
KEITH E. HOTTLE

04 FEB 2015 PM 6 L

FOREVER USA